# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Noe Mendoza

*Defendant*

Case No. CR-21-00808-PHX-DLR (JZB)

FILED ☒ RECEIVED ___ LODGED ___ COPY
OCT 27 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Noe Mendoza,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:554(a) - Smuggling Goods from the United States (Counts 3-4)

Date: 10/06/2021

*Issuing officer's signature* Sherry Strong

City and state: Phoenix, Arizona
cc: PTS

Sherry Strong, Deputy Clerk
*Printed name and title*
ISSUED ON 11:34 am, Oct 06, 2021
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 10-6-21, and the person was arrested on *(date)* 10-15-21
at *(city and state)* San Diego, CA.

Date: 10-22-21

*Arresting officer's signature*

ATF
*Printed name and title*