GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Arizona State Bar No. 031263
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.santome@usdoj.gov
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 21-00808-PHX-DLR |
|---|---|
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM AND RESPONSE TO PRESENTENCE REPORT |
| vs. | Sentencing Hearing: 8/1/2022 |
| Noe Mendoza, | |
| Defendant. | |

Defendant is before the Court for sentencing following his guilty plea to Count Four of the Indictment, Smuggling Goods from the United States, a violation of 18 United States Code (U.S.C.), § 554(a), a class C felony offense (Dkt. 22). Plaintiff United States of America, by and through its counsel of record, hereby submits its memorandum regarding sentencing of defendant Noe Mendoza ("defendant"). The government's position regarding sentencing is based upon the files and records in this case, the stipulations in the plea agreement (Dkt. 22), the Final Presentence Investigation Report (Dkt. 29), Defense's Sentencing Memorandum (Dkt. 30), and any argument that the Court may request at the sentencing hearing.

## PRESENTENCE REPORT

The government, having reviewed the Final Pretrial Investigation Report (Dkt. 29) prepared by U.S. Probation Officer Sarah J. White, concurs with the guideline calculation.

| | |
|---|---|
| 1 | SENTENCING RECOMMENDATION |
| 2 | As stipulated in the plea agreement (Dkt. 22), the defendant will receive a sentence |

SENTENCING RECOMMENDATION

As stipulated in the plea agreement (Dkt. 22), the defendant will receive a sentence that does not exceed the low end of the guideline calculation. The United States, having reviewed the Final Pretrial Investigation Report (Dkt. 29), accepts and agrees the guideline calculation to be between six to twelve months. Therefore, the defendant shall not receive a sentence more than six months.

In determining the appropriate sentence, the United States considered the defendant's lack of criminal history, comparative culpability to the co-defendant, and acceptance of responsibility. The United States acknowledges that the defendant has already served more time in custody than what is required by the plea agreement. Consistent with the plea stipulation and in agreement with Defense's recommendation (Dkt. 30), the United States submits that a six (6) month term of imprisonment followed by three (3) years of supervised release is an appropriate resolution of this case, is in the interest of justice, and achieves the purposes of sentencing established in 18 U.S.C. § 3553.

In close, the United States respectfully request that the Court sentence the defendant to six months imprisonment followed by three years supervised release.

Respectfully submitted this 1 day of August, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Addison Santome*

ADDISON SANTOME
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Ian Bucon
*Attorney for Defendant*


s/Addison Santome
U.S. Attorney's Office